# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00740-KLM

BARBARA JOHNSON,

    Plaintiff,

v.

CONCRETE EXPRESS INCORPORATED,

    Defendant.

---

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Concrete Express Incorporated, by counsel, Moye White LLP, respectfully submits this Corporate Disclosure Statement as follows:

Defendant has no parent corporation and no publicly held corporation owns 10% or more of Plaintiff's stock.

Defendant will promptly file a supplement disclosure statement should any of the required information change.

DATED: April 22, 2019

Respectfully submitted,

MOYE WHITE LLP

s/ *Scott C. James*
James R. Cage, #10153
Scott C. James, #42745
1400 16th Street, 6th Floor
Denver, CO 80202
Telephone: (303) 292-7925
Facsimile: (303) 292-4510
Email: jim.cage@moyewhite.com
Email: scott.james@moyewhite.com

ATTORNEYS FOR DEFENDANT

# **CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following emails addresses:

Sara A. Green
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Sara.green@colorado law.net

                s/ *Scott C. James*